MICHAEL DONNELLY and ANNIE H. DONNELLY, His Wife, Respondents, v. VINCENZA ELEFANTE and FERDINANDO ELEFANTE, Her Husband, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

LUTHER W. EATON, Respondent, v. EATON MILL AND LUMBER COMPANY, INC., Appellant, and Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

EMPIRE WASTE COMPANY, INC., Respondent, v. GUMBINSKY BROS. COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

LOUIS FRANKEL, Respondent, v. MATTHEW M. CHRYSTMOS and WILLIAM AMBAS, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

JOANNA FROHLICH, Appellant, v. AUGUST FROHLICH, Respondent.— Order modified so far as to allow the plaintiff two hundred and fifty dollars counsel fee, upon the ground that plaintiff should have a fair opportunity to try her case, and should be allowed now a reasonable counsel fee for that purpose, especially in view of the serious counter charge which the defendant makes in his opposing affidavit as affecting her moral character; and as so modified affirmed, with ten dollars costs and disbursements to the plaintiff, and motion granted, with ten dollars costs. Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

SAUL HEINITZ and JACOB ABRAMS, Appellants, v. MAX. SHUSHANSKY and Another, Respondents, Impleaded with Others.— Judgment of the County Court of Kings county reversed, and the usual judgment of foreclosure and sale, with costs to plaintiff, rendered here upon the findings contained in the decision, upon authority of *Hothorn* v. *Louis* (52 App. Div. 218, 224; affd., without opinion, 170 N. Y. 576); *Pizer* v. *Herzig* (120 App. Div. 102) and *Cole* v. *Hinck* (Id. 355). Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

HENRY HEUCHEL, Appellant, v. JOHN SHERMAN MILLER, Respondent.— Judgment modified so as to allow plaintiff the costs of the action, and as so modified affirmed, without costs here, upon the ground that in view of defendant's denials in the answer, plaintiff should have been allowed costs at Special Term. Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

In the Matter of the Petition of CASPAR J. BLANKEMEYER, to Render and Settle His Accounts as Administrator, etc., of SOPHIE K. BLANKEMEYER, Also Known as SOPHIE KING, etc., Deceased. CASPER J. BLANKEMEYER, as Administrator, etc., Appellant; MARIA ECKHOFF, Respondent.— Decree of the Surrogate's Court of Queens county affirmed, with costs to both parties payable out of the estate. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.